**UNITED STATES DISTRICT COURT**
**STATE OF MINNESOTA**

Court File No: 00-CV-2571 JRT/SRN

Wanda Clay,

Plaintiff,

vs.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR JUDGMENT**

Alandale Corporation, a Minnesota Corporation d/b/a Premier Lincoln-Mercury,

Defendant.

The above-entitled action having been fully, finally, and completely compromised and settled between the parties, IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective attorneys of record, that the causes of action asserted by Plaintiff Wanda Clay in the above-captioned matter, may be and the same hereby are dismissed with prejudice and without costs and disbursements to any party, and that any party hereto may forthwith and without notice to any other party, apply to the Court pursuant to this Stipulation for an Order directing that judgment of dismissal with prejudice be entered accordingly.

ARTHUR, CHAPMAN, KETTERING,
SMETAK & PIKALA, P.A.

Dated: 1/4/2002

By Blake W. Duerre
Blake W. Duerre (#171293)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402
(612)339-3500
*Attorneys for Defendant Alandale Corp.*

FILED JAN 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 12/20/01

By: ______________________________

Thomas J. Lyons, Jr. (#249646)
Consumer Justice Center, P.A.
342 East County Road D
St. Paul, MN 55117
651-770-9707
*Attorneys for Plaintiff*

**ORDER FOR JUDGMENT**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that the Court Administrator enter forthwith judgment dismissing any claims made by Plaintiff Wanda Clay, with prejudice, but without costs and disbursements to any party.

Dated this 9th day of January, 2002.

BY THE COURT:

Judge of the District Court